5957.6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CINDY HOEDEL AND SCOTT YEARGAIN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 19-2443-HLT-JPO ) |
| DUSTIN KIRK, et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS SUSAN K. DUFFY, SHARI FEIST ALBRECHT, DWIGHT D. KEEN AND JAY SCOTT EMLER'S MOTION TO DISMISS

**COME NOW** Defendants Susan K. Duffy, Shari Feist Albrecht, Dwight D. Keen and Jay Scott Emler and pursuant to Fed.R.Civ.P. 12, respectfully request the Court enter an Order dismissing Plaintiffs' claims alleged against them in Plaintiffs' First Amended Complaint (ECF No. 31). Specifically, Defendants should be dismissed because Plaintiffs' claims asserted against them fail to state a claim upon which relief can be granted and, even if Plaintiffs had plead otherwise viable claims against them, Defendants are still entitled to dismissal based on the doctrines of absolute, qualified or 11th Amendment immunity. Defendants incorporate by reference the arguments and authorities set forth in their memorandum in support filed contemporaneously herewith.[1]

**WHEREFORE**, Defendants Susan K. Duffy, Shari Feist Albrecht, Dwight D. Keen and Jay Scott Emler respectfully request that Plaintiffs' claims against them be dismissed and that

---

[1] In filing this motion, Defendants expressly does not waive any affirmative defenses available to them in this action including those enumerated in Fed.R.Civ.P. 8, 9 & 12. To the extent necessary to preserve any such defenses, Defendants raise the same herein.

1

Defendants Susan K. Duffy, Shari Feist Albrecht, Dwight D. Keen and Jay Scott Emler be granted their costs, including reasonable attorneys' fees, incurred in defending against the claims asserted against them by Plaintiffs in this action and such other relief as the Court deems fair, just and equitable.

    Respectfully submitted,

    McANANY, VAN CLEAVE & PHILLIPS, P.A.
    10 E. Cambridge Circle Drive, Suite 300
    Kansas City, Kansas  66103
    Telephone:    (913) 371-3838
    Facsimile:    (913) 371-4722
    E-mail:       ggoheen@mvplaw.com

    By: /s/ Gregory P. Goheen
        GREGORY P. GOHEEN    #16291

    Attorneys for Defendants Susan K. Duffy, in her official capacity, Shari Feist Albrecht, in her official and individual capacities, Dwight D. Keen in his official and individual capacities and Jay Scott Emler in his individual capacity

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Lauren Bonds
Zal Kotval Shroff
ACLU Foundation of Kansas
6701 W. 64th Street, Suite 210
Overland Park, KS 66202
Attorneys for Plaintiffs

David R. Cooper
Seth A. Lowry
Fisher Patterson Sayler & Smith, LLP
3550 S.W. 5th Street
Topeka, KS 66606
Attorneys for Defendant Dustin Kirk

        /s/ Gregory P. Goheen