**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

CINDY HOEDEL and SCOTT YEARGAIN,

                    Plaintiffs,

    v.                                  Case No. 2:19-cv-02443-HLT-JPO

DUSTIN KIRK,

                      Defendant.

**Stipulation of Dismissal**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties who have appeared hereby stipulate that all claims by plaintiff against defendant, and all claims by defendant against plaintiff are hereby dismissed with prejudice. The parties shall bear their own costs and fees.

| s/ Lauren Bonds | s/David R. Cooper |
|---|---|
| Lauren Bonds, #27807 | David R. Cooper               #16690 |
| Zal Kotval Shroff, #28013 | Fisher, Patterson, Sayler & Smith, LLP |
| ACLU Foundation of Kansas | 3550 S.W. 5th Street |
| 6701 W. 64th Street, Ste. 210 | Topeka, Kansas 66606 |
| Overland Park, KS  66202 | (785) 232-7761 \| (785) 232-6604 (fax) |
| P: (913) 490-4100 \| F: (913) 490-4119 | dcooper@fisherpatterson.com |
| lbonds@aclukansas.org | *Attorneys for Defendant* |
| zshroff@aclukansas.org | |
| *Attorneys for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 7th day of September, 2020, which will send a notice of electronic filing to all attorneys of record.

/s/ Lauren Bonds
Lauren Bonds